AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 3 0 2008
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| KEVIN LOPEZ-GONZALEZ<br>aka Jorge Vera-Orozco | CASE NUMBER: 08CR2513-LAB |

I, <u>KEVIN LOPEZ-GONZALEZ, aka Jorge Vera-Orozco</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/30/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jorge Vera O.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER